**UNITED STATES of America,**
**Appellee,**

v.

**Jose Luis REYES–SANDOVAL, also**
**known as Edward Paul Franco,**
**Appellant.**

**No. 02–2472.**

United States Court of Appeals,
Eighth Circuit.

Submitted Jan. 7, 2003.

Decided Jan. 17, 2003.

Before MCMILLIAN, MURPHY, and
RILEY, Circuit Judges.

PER CURIAM.

Jose Luis Reyes–Sandoval (Reyes)
pleaded guilty to possessing with intent to
distribute 500 grams or more of a sub-
stance containing methamphetamine, in vi-
olation of 21 U.S.C. § 841(a)(1), (b)(1). Af-
ter granting the government's downward-
departure motion made under U.S.S.G.
§ 5K1.1, p.s., the district court[1] sentenced
Reyes to the statutory minimum of 120
months imprisonment, to be followed by 5
years supervised release. On appeal,
Reyes's newly appointed counsel has
moved to withdraw, and has filed a brief
under *Anders v. California,* 386 U.S. 738,
87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), argu-
ing that Reyes's original attorney suggest-
ed he would receive only a 5–year sen-
tence.

Construing counsel's argument as a
challenge to the voluntariness of Reyes's
guilty plea, we note that the district court
warned Reyes, at his guilty plea hearing,
that he faced a 120–month mandatory-min-
imum sentence, and Reyes acknowledged
that the court would decide his sentence,
and that he could not withdraw his plea if
he received a higher-than-expected sen-
tence, *see United States v. Granados,* 168
F.3d 343, 345 (8th Cir.1999) (per curiam);
further, the court was not permitted to
depart below the mandatory-minimum sen-
tence absent a government motion under
18 U.S.C. § 3553(e), *see United States v.
Baker,* 64 F.3d 439, 441 (8th Cir.1995).
Finally, any ineffective-assistance claim is
not properly before us. *See United States
v. Cain,* 134 F.3d 1345, 1352 (8th Cir.1998).

Having carefully reviewed the record in
accordance with *Penson v. Ohio,* 488 U.S.
75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300
(1988), we have found no nonfrivolous is-
sues. Thus, we grant counsel's motion to
withdraw, and we affirm.

---

1. The Honorable Joseph F. Bataillon, United
States District Judge for the District of Ne-
braska.